**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **DENNIS MAHER,** | ) | **06CA10514-RGS** |
| **Plaintiff** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **TOWN OF AYER, THE AYER** | ) | |
| **POLICE DEPARTMENT, NANCY** | ) | |
| **TAYLOR-HARRIS A/K/A NANCY** | ) | |
| **TAYLOR, in her individual capacity,** | ) | |
| **and JOHN and JANE DOES NOS.** | ) | |
| **1-15, in their individual capacities,** | ) | |
| **CITY OF LOWELL, THE LOWELL** | ) | |
| **POLICE DEPARTMENT, EDWARD** | ) | |
| **F. DAVIS III, in his individual capacity,** | ) | |
| **GARRETT SHEEHAN, in his individual** | ) | |
| **capacity, MARK T. GRANT, in his** | ) | |
| **individual capacity, and JOHN and** | ) | |
| **JANE DOES NOS. 16-30, in their** | ) | |
| **individual capacities,** | ) | |
| **Defendants** | ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance as attorney for Defendants, City of Lowell, The Lowell Police Department, Edward F. Davis III, in his individual capacity and Garrett Sheehan, in his individual capacity in the above-captioned case.

Dated: April 7, 2006

/s Christine P. O'Connor
Christine P. O'Connor, City Solicitor
BBO #567645
City of Lowell Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
(978) 970-4050
FAX (978) 453-1510

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on all counsel of record, via ECF, on April 7, 2006.

/s Christine P. O'Connor
Christine P. O'Connor, City Solicitor