## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **DENNIS MAHER,** | ) | 06CA10514-RGS |
|     Plaintiff | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| **TOWN OF AYER, THE AYER POLICE DEPARTMENT, NANCY TAYLOR-HARRIS A/K/A NANCY TAYLOR, in her individual capacity, and JOHN and JANE DOES NOS. 1-15, in their individual capacities, CITY OF LOWELL, THE LOWELL POLICE DEPARTMENT, EDWARD F. DAVIS III, in his individual capacity, GARRETT SHEEHAN, in his individual capacity, MARK T. GRANT, in his individual capacity, and JOHN and JANE DOES NOS. 16-30, in their individual capacities,** | ) | |
|     Defendants | ) | |

## **NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance as attorney for Defendants, City of Lowell, The Lowell Police Department, Edward F. Davis III, in his individual capacity and Garrett Sheehan, in his individual capacity in the above-captioned case.

Dated:  April 7, 2006                       /s Brian W. Leahey
                                                    Brian W. Leahey, Assistant City Solicitor
                                                    BBO #567403
                                                    City of Lowell Law Department
                                                    375 Merrimack Street, 3rd Fl.
                                                    Lowell MA 01852-5909
                                                    (978) 970-4050
                                                    FAX (978) 453-1510

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served on all counsel of record, via ECF, on April 7, 2006.

/s Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor