**EXHIBIT 1**

C83-1092   Lowell

Rape kit

1. smear slide - 1      -AP    -sperm
   smear slide - 2      -AP    -sperm

2. Vaginal specimen in tube     +AP lo       other tube in bad condition
   liquid sample w/ swab        -sperm

3. Panties green               + AP lo      -sperm
   very dirty
   grass, leaves, dirt on panties    2 hairs found - medium brown; reddish fing
                                                    reddish solid
                                                    one very long 2+ inch

4. Grey sweater - Nothing found

5. Blue corduroy pants "muddy"
                       Nothing

6. Grey sock
   Nothing found

7. Condom #1         +AP inside & outside     +sperm w/ tails

8. Condom #2         + AP inside & outside

9. Trojan pkg    Nothing

COPY
C83-1092
W U-7406
C83-1092