UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 06-CV-10514-RGS

DENNIS MAHER,

           Plaintiff

v.

TOWN OF AYER, et al,

           Defendants

DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE SUMMARY JUDGMENT REPLIES

      Now come the defendants, the Town of Ayer, the Ayer Police Department and Nancy Taylor-Harris and hereby oppose the plaintiff's frivolous Motion to Strike Summary Judgment Replies. As grounds for this opposition, said defendants state that the plaintiff's Motion is without merit and advanced in bad faith for purposes of needlessly multiplying this litigation. The plaintiff's claim that the defendants' replies are untimely wholly ignores the Court's revised Scheduling Order dated December 9, 2008, which clearly and unequivocally stated that defendants' replies were due on December 31, 2008. The replies were filed by the date.

      The plaintiff's counsel was aware of the December 9, 2008 scheduling order prior to filing the Motion to Strike as evidenced by the attached e-mail correspondence. Notwithstanding her actual knowledge of the Court's order, the plaintiff's counsel ignored it and persisted with filing the Motion. Further, although counsel certified that she conferred in good faith to resolve or narrow the issues raised by the Motion, this is not the case, as it is clear that the Motion was already drafted and the decision to file was already made before plaintiff's counsel "conferred."

      The plaintiff's vexatious litigation tactic has wasted the resources of this Court and has resulted in needless expense to the taxpayers of the Town of Ayer. Therefore, the plaintiff's Motion should be denied and the plaintiff's counsel should be order to show cause as to why she

should not be sanctioned under Fed.R.Civ.P. 11 by an order requiring her to pay defense expenses incurred in preparing this opposition.

                                  DEFENDANTS,

                                  By their attorneys,

/s/ Gregg J. Corbo
Joseph L. Tehan, Jr. (BBO # 494020)
Gregg J. Corbo (BBO # 641459)
Kopelman and Paige, P.C.
  Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110
(617) 556-0007

### CERTIFICATE OF SERVICE

I, Gregg J. Corbo certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Gregg J. Corbo

364610/AYER-MAHER/0109

## Gregg J. Corbo

| | |
|---|---|
| **From:** | Gregg J. Corbo |
| **Sent:** | Monday, December 29, 2008 2:21 PM |
| **To:** | 'msmirnoff@goodwinprocter.com' |
| **Cc:** | Janelle M. Austin; Jay Tehan |
| **Subject:** | FW: Activity in Case 1:06-cv-10514-RGS Maher v. Town of Ayer et al Set/Reset Deadlines |

I have been informed that you are planning to file a Motion to Strike the Ayer Defendants' Reply Briefs on the basis that they are late. As you can see from the attached order, which was sent to you on December 9, 2008, our reply briefs are not due until December 31, 2008. They are not late. If you persist with filing a baseless and frivolous motion, we will have no choice but to respond with a motion for sanctions.

Gregg J. Corbo, Esq.
Kopelman and Paige, P.C.
101 Arch Street
12th Floor
Boston, MA 02110
(617) 556-0007
(617) 654-1735 (fax)
gcorbo@k-plaw.com

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and attachments thereto, if any, and destroy any hard copies you may have created and notify me immediately.

**From:** ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
**Sent:** Tuesday, December 09, 2008 3:04 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:06-cv-10514-RGS Maher v. Town of Ayer et al Set/Reset Deadlines


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

## District of Massachusetts

### Notice of Electronic Filing

The following transaction was entered on 12/9/2008 at 3:04 PM EST and filed on 12/9/2008
**Case Name:**    Maher v. Town of Ayer et al

Case Number: <u>1:06-cv-10514</u>
Filer:
Document Number: No document attached

Docket Text:
**Set/Reset Deadlines: Dispositive Motions due by 11/12/2008; responses 12/15/08; replies 12/31/08. (Flaherty, Elaine)**

**1:06-cv-10514 Notice has been electronically mailed to:**

Philip S. Nyman   pnyman@prospeed.net

Eugene P. McCann   eugenep@aol.com

Mark P. Sutliff   Mark.Sutliff@state.ma.us, Ashley.Rau@state.ma.us, Philip.Weiss@state.ma.us, TrialEFilings@state.ma.us

Joseph L. Tehan, Jr   jtehan@k-plaw.com

Christine P. O'Connor   CO'Connor@lowellma.gov, mapostolos@lowellma.gov

Joseph F. Savage, Jr   jsavage@goodwinprocter.com

Gregg J. Corbo   gcorbo@k-plaw.com

Jennifer L. Chunias   jchunias@goodwinprocter.com

Brian W. Leahey   bleahey@lowellma.gov, mapostolos@lowellma.gov

Melissa M Longo   stevens@birnbaumgodkin.com

Robert N. Feldman   feldman@birnbaumgodkin.com, mcduffee@birnbaumgodkin.com, wolfman@birnbaumgodkin.com

R. Eric Slagle   eslagle@lowellma.gov, mapostolos@lowellma.gov

Marcy D. Smirnoff   msmirnoff@goodwinprocter.com

Yvonne W. Chan   ychan@goodwinprocter.com

Lisa M. English   lenglish@goodwinprocter.com

**1:06-cv-10514 Notice will not be electronically mailed to:**

1/9/2009