UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Maher
    Plaintiff
        v.

Town of Ayer
    Defendant

CIVIL ACTION NO. 06-10514-RGS

### SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

    SO ORDERED.

                                       RICHARD G. STEARNS
                                       UNITED STATES DISTRICT JUDGE

BY:

                            /s/ Elaine Flaherty
                            _____
                            Deputy Clerk

DATED 7/28/09

Case 1:06-cv-10514-RGS     Document 206     Filed 07/28/2009     Page 2 of 2